| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | Order Filed on July 14, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |
| **Robertson, Anschutz, Schneid & Crane, LLC** <br> 6409 Congress Ave., Suite 100 <br> Boca Raton, FL 33487 <br> Telephone: 561-241-6901 <br> Local Telephone: 973-575-0707 <br> Attorneys For Secured Creditor <br><br> Shauna Deluca, Esq. (SD-8248) | Case No.: 10-48081-JNP <br><br> Chapter: 13 <br><br> Hearing Date:  July 14, 2020 <br><br> Judge:  Jerrold N. Poslusny Jr. |
| **In Re:** <br><br> Sylvester G. Dennis, Jr., <br>     Debtor. <br><br> Patricia A. Dennis, <br>     Joint Debtor. | |

## ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: July 14, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Debtor(s): Sylvester G. Dennis, Jr. and Patricia A. Dennis
Case No.: 10-48081-JNP
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

_____

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

(1) Proof of Claim filed on January 4, 2011 as Claim No. 7-1 on the Claims Registry.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.