| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br>Shauna Deluca, Esq. (SD-8248) | Order Filed on July 14, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey<br><br>Case No.: 10-48081-JNP<br><br>Chapter: 13<br><br>Hearing Date:  July 14, 2020<br><br>Judge:  Jerrold N. Poslusny Jr. |
| **In Re:**<br><br>Sylvester G. Dennis, Jr.,<br>    Debtor.<br><br>Patricia A. Dennis,<br>    Joint Debtor. | |

### ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: July 14, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Debtor(s): Sylvester G. Dennis, Jr. and Patricia A. Dennis
Case No.: 10-48081-JNP
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

_____

      The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

  (1)  Proof of Claim filed on January 4, 2011 as Claim No. 7-1 on the Claims Registry.

      ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

      ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.

United States Bankruptcy Court
District of New Jersey

In re:
Sylvester G. Dennis, Jr.
Patricia A. Dennis
    Debtors

Case No. 10-48081-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jul 15, 2020
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
db/jdb         +Sylvester G. Dennis, Jr.,    Patricia A. Dennis,    34 E. Pacific Ave.,
             Pleasantville, NJ 08232-1424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2020 at the address(es) listed below:
           Alexandra T. Garcia    on behalf of Creditor     M&T Bank NJECFMAIL@mwc-law.com,
            nj-ecfmail@ecf.courtdrive.com
           Andrew L. Spivack     on behalf of Creditor     GREEN TREE SERVICING, LLC. nj.bkecf@fedphe.com
           Andrew L. Spivack     on behalf of Creditor     Seterus, Inc. as the authorized subservicer for
            Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc.,
            nj.bkecf@fedphe.com
           Andrew L. Spivack     on behalf of Creditor     OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
           Andrew L. Spivack     on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
            nj.bkecf@fedphe.com
           Andrew L. Spivack     on behalf of Creditor     BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
           Celine P. Derkrikorian     on behalf of Creditor     M&T Bank njecfmail@mwc-law.com
           Denise E. Carlon     on behalf of Creditor     M&T Bank bankruptcynotice@zuckergoldberg.com,
            bkgroup@kmllawgroup.com
           Diannajean S. Giganti     on behalf of Debtor Sylvester G. Dennis, Jr. jenkins.clayman@verizon.net
           Diannajean S. Giganti     on behalf of Joint Debtor Patricia A. Dennis jenkins.clayman@verizon.net
           Dori L. Scovish     on behalf of Creditor     BAC Home Loans Servicing LP fka Countrywide Home Loans
            Servicing LP doris@efwlaw.com
           Eric Clayman     on behalf of Joint Debtor Patricia A. Dennis jenkins.clayman@verizon.net,
            connor@jenkinsclayman.com
           Eric Clayman     on behalf of Debtor Sylvester G. Dennis, Jr. jenkins.clayman@verizon.net,
            connor@jenkinsclayman.com
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
           Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
           Isabel C. Balboa (NA)     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
           Jaimie B. Finberg     on behalf of Creditor     Chase Home Finance, LLC nj.bkecf@fedphe.com
           Jaimie B. Finberg     on behalf of Creditor     BAC Home Loans Servicing LP fka Countrywide Home
            Loans Servicing LP nj.bkecf@fedphe.com
           Jaimie B. Finberg     on behalf of Creditor     Chase Home Finance LLC nj.bkecf@fedphe.com
           Jane P. Nylund     on behalf of Joint Debtor Patricia A. Dennis jenkins.clayman@verizon.net
           Jane P. Nylund     on behalf of Debtor Sylvester G. Dennis, Jr. jenkins.clayman@verizon.net
           Jeanette F. Frankenberg     on behalf of Creditor     BAC Home Loans Servicing LP fka Countrywide
            Home Loans Servicing LP cmecf@sternlav.com
           Jeffrey E. Jenkins     on behalf of Joint Debtor Patricia A. Dennis jenkins.clayman@verizon.net,
            connor@jenkinsclayman.com
           Jeffrey E. Jenkins     on behalf of Debtor Sylvester G. Dennis, Jr. jenkins.clayman@verizon.net,
            connor@jenkinsclayman.com
           Jennifer R. Gorchow     on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
            nj.bkecf@fedphe.com
           Jennifer R. Gorchow     on behalf of Creditor     OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com

```
District/off: 0312-1                  User: admin                       Page 2 of 2                  Date Rcvd: Jul 15, 2020
                                      Form ID: pdf903                   Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joshua I. Goldman    on behalf of Creditor    M&T Bank josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com
        Melissa N. Licker    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC NJ_ECF_Notices@buckleymadole.com, mccallaecf@ecf.courtdrive.com
        Rhondi L. Schwartz    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee for Morgan Stanley Ixis Real Estate Capital Trust 2006-1 Mortgage Pass Through Certificates, Series 2006-1 jenkins.clayman@verizon.net
        Robert J. Malloy    on behalf of Creditor    South Jersey FCU ecf.rjmalloylaw@gmail.com
        Ryan A. Gower    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkecf@milsteadlaw.com
        Shauna M Deluca    on behalf of Creditor    PNC BANK, N.A. sdeluca@rasflaw.com
        Stephanie F. Ritigstein    on behalf of Debtor Sylvester G. Dennis, Jr. jenkins.clayman@verizon.net, connor@jenkinsclayman.com
        Stephanie F. Ritigstein    on behalf of Joint Debtor Patricia A. Dennis jenkins.clayman@verizon.net, connor@jenkinsclayman.com

        TOTAL: 34